7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Sam S. Furseth  
*Debtor*

*Bankruptcy Case No.*  
15−42263−can7

**Bruce E. Strauss, Trustee**  
  Plaintiff(s)

*Adversary Case No.*  
15−04173−can

v.

**Sam S. Furseth Revocable Trust**  
  Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: judgment is entered in favor of Bruce E. Strauss, Trustee and against the Sam S, Furseth
Revocable Trust on Counts I and Count II; directing the defendant, the Sam S. Furseth
Revocable Trust , to deed the property interest in question back to Sam S. Furseth within
ten (10) days of the entry of the judgment by means of a deed acceptable to the plaintiff;
and a judgment directing the Sam S. Furseth Revocable Trust to pay to the plaintiff
attorneys fees in the amount of $2,500.00 and costs in the amount of $415.00; a judgment
on Count III of the complaint setting aside the transfer of the subject real property to the
Sam S. Furseth Revocable Trust .

PAIGE WYMORE−WYNN  
Court Executive

By: /s/ Jamie McAdams  
  Deputy Clerk



Date of issuance: 6/28/16

Court to serve